In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of GEORGE S. NICHOLAS, Deceased, Respondent. JOHN TUCKER et al., as Executors and Trustees under the Will of GEORGE S. NICHOLAS, JR., et al., Respondents; VIRGINIA T. NICHOLAS et al., Appellants.

Submitted April 12, 1955; decided May 26, 1955.

*Joseph H. Choate, Jr.,* and *William A. Moore* for appellants. *Orison S. Marden, Kenneth C. Johnson* and *Malcolm J. Edgerton, Jr.,* for John Tucker and others, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.